# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.    Crim. No. 7:17-CR-00038-1H

**DESHAWN HOWARD**

On December 2, 2015, the above named was released from custody and commenced a term of supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

/s/ Robert L. Thornton  
Robert L. Thornton  
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn M. Super  
Kristyn M. Super  
U.S. Probation Officer  
200 Williamsburg Pkwy, Unit 2  
Jacksonville, NC 28546  
Phone: 910-346-5104  
Executed On: July 16, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17th day of July, 2019.

Malcolm J. Howard  
Senior U.S. District Judge